391 A.2d 707

Commonwealth v. Zink, Appellant.

Submitted March 13, 1978.  R. Bruce Evanick, Assistant Public Defender, for appellant; Floyd P. Jones, Assistant District Attorney, and John C. Uhler, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

391 A.2d 707

Commonwealth ex rel. Roney, Appellant, v. Norris.

Submitted March 30, 1977.  Joseph W. Mullin, Public Defender, for appellant;  No appearance entered nor brief submitted for appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.